# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| **MILK SPECIALTIES COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:21-cv-00222-DCLC-SKL |
| **GC LIPIDS, LLC, LUTROS, LLC, and** | ) |
| **GOLD COAST COMMODITIES, INC.,** | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF MILK SPECIALTIES COMPANY

I, the undersigned counsel of record for Plaintiff, Milk Specialties Company, certify to the best of my knowledge and belief:

☐ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1*.

☒ My client has the following parent corporation(s): MSG Nutritional Ingredients Holding Corp.

☐ The following publicly held corporation owns 10% or more of my client's stock:

Date: September 17, 2021

                                                       s/ Jonathan E. Nelson
                                                     Shayne R. Clinton (TN Bar No. 026245)
                                                     BASS, BERRY & SIMS PLC
                                                     1700 Riverview Tower
                                                     900 S. Gay Street
                                                     Knoxville, TN 37902
                                                     Telephone: (865) 521-6200
                                                     sclinton@bassberry.com

Jonathan E. Nelson (TN Bar No. 028029)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
Telephone: (901) 543-5988
jenelson@bassberry.com

*Attorneys for Plaintiff Milk Specialties Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served via notice automatically generated by the Court's ECF filing system on this 17th day of September, 2021.

s/ Jonathan E. Nelson<br>
Jonathan E. Nelson